**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7585

DAVID SKUNDOR, and the class of similarly
situated persons being all prisoners housed in
the Quilliams I and II Units at the Mount
Olive Correctional Complex,

Plaintiff - Appellant,

versus

MICHAEL COLEMAN, Warden, Mount Olive
Correctional Complex, in his personal and
official capacities; THOMAS MCBRIDE, Warden,
Mount Olive Correctional Complex, in his
official capacity; ROBERT DANIEL, in his
personal capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Charles H. Haden II,
District Judge. (CA-02-205-5)

Submitted: April 30, 2004          Decided: June 2, 2004

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Skundor, Appellant Pro Se. Heather A. Connolly, OFFICE OF THE
ATTORNEY GENERAL, Charleston, West Virginia; Charles Patrick

Houdyschell, Jr., WEST VIRGINIA DIVISION OF CORRECTIONS, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Skundor appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint, and denying his motion to alter judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Skundor v. McBride</u>, No. CA-02-205-5 (S.D.W. Va. Sept. 9, 2003; Nov. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>